285 So.2d 529

**In re Curtis Ray PARKER**

**v.**

**STATE.**

**Ex parte Curtis Ray Parker.**

**SC 589.**

Supreme Court of Alabama.

Nov. 15, 1973.

Charles O. Caddis, Birmingham, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Curtis Ray Parker for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Parker v. State, 51 Ala.App. 362, 285 So.2d 526.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

283 So.2d 448

**In re PASQUALE FOOD COMPANY, INC., a corporation**

**v.**

**L & H INTERNATIONAL AIRMOTIVE, INC., a corporation.**

**Ex parte Pasquale Food Company, Inc., a corporation.**

**SC 512.**

Supreme Court of Alabama.

Sept. 27, 1973.

MacBeth Wagnon, Jr., Birmingham, for petitioner.

C. Lee Reeves, Birmingham, for respondent.

HARWOOD, Justice.

Petition of Pasquale Food Company, Inc., a Corp., for Writ of Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Pasquale Food Co:, Inc., a Corp. v. L & H International Airmotive, 51 Ala.App. 127, 283 So.2d 438.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.